IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO: 3:09-CR-084-B |
| JACK HAMMOND CLAY | § § § | |

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The Court finds that the Defendant is entitled to appointment of counsel pursuant to Title 18, United States Code, Section 3006A (H), and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this 9th day of April, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE