UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| V. | ) | No. 3:09-CR-084-B |
| | ) | |
| JACK HAMMOND CLAY | ) | ECF |
| | ) | |

**O R D E R**

Upon consideration of the Federal Public Defender's Motion to Withdraw, said Motion is this 29th day of April, 2009 GRANTED.

ORDERED the Federal Public Defender for the Northern District of Texas is relieved from any further representation of the Defendant **JACK HAMMOND CLAY** in the above-entitled action. The case is hereby referred to the Magistrate Judge for the appointment of substitute counsel.

SO ORDERED.

SIGNED on 29th day of April, 2009.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE