# United States District Court
## Northern District of Texas
### Office of the Clerk
*Dallas Division*

2007 MAY 13 PM 3: 52

UNITED STATES OF AMERICA
V.

JACK HAMMOND CLAY
1400 S. NURSERY ROAD
IRVING, TX 75060

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 3:09-CR-084-B

MAY 20 2009

CLERK, U.S. DISTRICT COURT
By _____
    Deputy

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place: | UNITED STATES DISTRICT COURT<br>1100 COMMERCE STREET<br>DALLAS, TX 75242 | Room: 1561 |
|---|---|---|
| Before: Magistrate Judge Paul D. Stickney | | Date: May 19, 2009    Time: 9:00 AM |

To answer a(n)

☐ Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title ___26___ United States Code, Section(s) ___7203___

Brief description of offense:

Failure to file an individual tax return

U. S. Magistrate Judge Paul D. Stickney
_____
Name and Title of Issuing Officer

s/G. Janssen
_____
By: Deputy Clerk

May 13, 2009
_____
Date



AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me* on: 5/15/09 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Christian D. Clay

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/18/09
Date

Randy Ely
Name of United States Marshal

Alex Campos
(by) Deputy United States Marshal

Remarks:
1st endeavor on 5/14/09 @ 4:07 pm @ 1400 S. Nursery Irving, TX; Spoke to Christian D. Clay, she said Jack H. Clay was not home. I gave her my contact information.
2nd endeavor on 5/15/09 @ 9:31 am @ 1400 S. Nursery Irving, TX; No answer
3rd endeavor on 5/15/09 @ 2:40 pm @ 1400 S. Nursery Irving, TX; Served Christian D. Clay; she didn't want to be served; Deputy Campos left papers on porch.

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**EQ 892763989 US**

### ORIGIN (POSTAL SERVICE USE ONLY)

- PO ZIP Code: 75242
- Day of Delivery: ☒ Next  ☐ 2nd  ☐ 2nd Del. Day
- Postage: $17.50
- Date Accepted: 5/15/09
- Scheduled Date of Delivery: 5/16
- Return Receipt Fee: —
- Time Accepted: 3:43 ☒ PM
- Scheduled Time of Delivery: ☒ Noon  ☐ 3 PM
- COD Fee: —
- Insurance Fee: —
- Flat Rate ☒ or Weight
- Military: ☐ 2nd Day  ☐ 3rd Day
- Total Postage & Fees: $17.50

**FROM:** PHONE (214) 767-0837
US Marshal's Service
1100 Commerce St. 1657
Dallas, TX 75242

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811



### EXPRESS MAIL — UNITED STATES POSTAL SERVICE

**Customer Copy** — Label 11-B, March 2004
Post Office To Addressee

DALLAS TX  MAY 15 2009  USPS

**TO:** PHONE ( )
Jack Hammond Clay
1400 S. Nursery Rd
Irving TX 75060