AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Northern    District of    Texas

UNITED STATES OF AMERICA

V.

JACK HAMMOND CLAY
1400 S. NURSERY ROAD
IRVING, TX  75060

**WARRANT FOR ARREST**

Case Number: 3:09-CR-0084-B

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 22 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    JACK HAMMOND CLAY

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of court  ☐ Probation Violation Petiton  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her (brief description of offense)

FAILURE TO FILE AN INDIVIDUAL TAX RETURN

in violation of Title  26    United States Code, Section(s)  7203

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

U. S. Magistrate Judge Paul D. Stickney

May 19, 2009    Dallas, TX
Date    Location

By:  s/ G. Janssen

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Dallas, TX |

| DATE RECEIVED 5/19/09 | NAME AND TITLE OF ARRESTING OFFICER A. Campos Deputy USM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 5/21/09 | | |

1687506