

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| V. | § | |
| | § | 3:09-CR-084-B  (01) |
| JACK HAMMOND CLAY | § | |
| | § | |
| Defendant. | § | |

## COPY OF SUMMONS IN A CRIMINAL CASE

AO 83 (Rev. 10/03) Summons in a Criminal Case

# United States District Court
## Northern District of Texas
### Office of the Clerk
Dallas Division

2009 MAY 13 PM 3:52

UNITED STATES OF AMERICA

V.

JACK HAMMOND CLAY
1400 S. NURSERY ROAD
IRVING, TX 75060

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: 3:09-CR-084-B

MAY 20 2009

CLERK, U.S. DISTRICT COURT
By _____ Deputy

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Handwritten annotations (overlay):
*In the Matter of: Case No. 3:09-CR-084-B. I have received your offer of contract and I am timely returning it to you, without dishonor, with your claim noted in full and granted. Attached is Form 1040, Form B10, Form... In the Matter of the court. By: Jack and Credit... May 22, A.D. ... to complete. ... can be the Truth in Lending Act, Debt Collection Practices Act, 1490 for you. ... Attorney for JHLS beneficiary/mb. (clay) power of attorney (clay)*

| Place: UNITED STATES DISTRICT COURT<br>1100 COMMERCE STREET<br>DALLAS, TX 75242 | Room: 1561 |
|---|---|
| Before: Magistrate Judge Paul D. Stickney | Date: May 19, 2009     Time: 9:00 AM |

To answer a(n)

☐ Indictment   ☒ Information   ☐ Complaint   ☐ Probation Violation Petiton   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of Title __26__ United States Code, Section(s) __7203__

Brief description of offense:

Failure to file an individual tax return

Certified a true copy of an instrument on file in my office on 5/22/09
Clerk, U.S. District Court,
Northern District of Texas
By _____ Deputy

U. S. Magistrate Judge Paul D. Stickney
Name and Title of Issuing Officer

May 13, 2009
Date

s/G. Janssen
By: Deputy Clerk



AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me* on: 5/15/09 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: Christian D. Clay

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on: 5/18/09
Date

Randy Ely
Name of United States Marshal

Alex Campos
(by) Deputy United States Marshal

Remarks: 1st endeavor on 5/14/09 @ 4:07 pm @ 1400 S. Nursery Irving, TX; Spoke to Christian D. Clay, she said Jack H. Clay was not home. I gave her my contact information. 2nd endeavor on 5/15/09 @ 9:31am @ 1400 S. Nursery Irving, TX; No Answer 3rd endeavor on 5/15/09 @ 2:40pm @ 1400 S. Nursery Irving, TX; Served Christian D. Clay; she didn't want to be served; Deputy Campos left papers on porch.

* As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

**EXPRESS MAIL** — Customer Copy, Label 11-B, March 2004
UNITED STATES POSTAL SERVICE — Post Office to Addressee

Barcode: EQ 892763989 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 75242
- Day of Delivery: ☒ Next
- Postage: $17.50
- Date Accepted: 5/15/09
- Scheduled Date of Delivery: 5/16
- Time Accepted: 3:43 PM
- Scheduled Time of Delivery: ☒ Noon
- Flat Rate ☒ or Weight: — lbs — ozs
- Total Postage & Fees: $17.50

Postmark: DALLAS TX, MAY 15 2009, USPS

**FROM:** PHONE (214) 767-0837
US Marshal's Service
1100 Commerce St. 1657
Dallas, TX 75242

**TO:** 
Jack Hammond Clay
1400 S. Nursery Rd
Irving TX 75060

FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811
EMS

FORM W10 (Official Form 10) (4/01)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | | PROOF OF LOSS |
|---|---|---|
| Name of Debtor | Case Number | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): <br><br> Name and address where notices should be sent: <br><br><br><br> Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of loss relating to your loss. Attach copy of statement giving particulars. <br> ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Account or other number by which creditor identifies debtor: | Check here if this loss ☐ replaces ☐ amends a previously filed claim, dated:_____ | |

| 1. **Basis for Loss** <br> ☐ Goods sold <br> ☐ Services performed <br> ☐ Money loaned <br> ☐ Personal injury/wrongful death <br> ☐ Taxes <br> ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a) <br> ☐ Wages, salaries, and compensation (fill out below) <br> Your SS #: _____ _____ _____ <br> Unpaid compensation for services performed <br> from _____ to _____ <br>  (date) (date) |
|---|---|
| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |

4. **Total Amount of Loss at Time Case Filed:**   $ _____
   If all or part of your loss is secured or entitled to priority, also complete Item 5 or 6 below.
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the loss. Attach itemized statement of all interest or additional charges.

| 5. **Secured Loss.** <br> ☐ Check this box if your loss is secured by collateral (including a right of setoff). <br> Brief Description of Collateral: <br> ☐ Real Estate  ☐ Motor Vehicle <br>   ☐ Other_____ <br><br> Value of Collateral:  $ _____ <br><br><br><br> Amount of arrearage and other charges <u>at time case filed</u> included in secured loss, if any:  $ _____ | 6. **Unsecured Priority Loss.** <br> ☐ Check this box if you have an unsecured priority loss <br>   Amount entitled to priority $_____ <br>   Specify the priority of the claim: <br> ☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3). <br> ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(4). <br> ☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6). <br> ☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7). <br> ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8). <br> ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___). <br> *Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

7. **Credits:** The amount of all payments on this loss has been credited and deducted for the purpose of making this proof of loss.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your loss, enclose a stamped, self-addressed envelope and copy of this proof of loss.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|

*Penalty for presenting fraudulent loss:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF _____ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor | Case Number | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and address where notices should be sent:<br><br><br><br>Telephone number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| Last four digits of account or other number by which creditor identifies debtor: | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim, dated:_____ | |

| 1. Basis for Claim<br>  ☐ Goods sold<br>  ☐ Services performed<br>  ☐ Money loaned<br>  ☐ Personal injury/wrongful death<br>  ☐ Taxes<br>  ☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Last four digits of your SS #: _____<br>  Unpaid compensation for services performed<br>  from _____ to _____<br>         (date)              (date) |
|---|---|
| 2. Date debt was incurred: | 3. If court judgment, date obtained: |

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

| **Unsecured Nonpriority Claim** $_____<br><br>☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.<br><br>**Unsecured Priority Claim**<br><br>☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.<br><br>Amount entitled to priority $_____<br><br>Specify the priority of the claim:<br><br>☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)<br><br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).<br><br>☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5). | **Secured Claim**<br><br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate    ☐ Motor Vehicle    ☐ Other_____<br>Value of Collateral:  $_____<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____<br><br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).<br><br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br><br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).<br><br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 5. Total Amount of Claim at Time Case Filed: | $_____  _____  _____  _____<br>(unsecured)  (secured)  (priority)  (Total) |
|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service



Form **4490**
(Rev. 2-2005)

| Docket Number |
|---|
| |

| Kind of Proceeding |
|---|
| |

In the _____ Court
for the _____

**In the Matter of:**

**Taxpayer's Identifying Number:**

| Social Security Number |
|---|
| |

| Employer Identification Number |
|---|
| |

The undersigned officer of the Internal Revenue Service, a duly authorized agent of the United States in this behalf, being duly sworn, deposes and says that:

1. _____ is justly and truly indebted to the United States in the amount of _____ with interest and penalty as shown below.

2. This debt is for taxes due under the Internal Revenue laws of the United States as follows:

| Kind of Tax and Period | Unpaid Assessed Balance *(dollars)* | Accrued Interest *(dollars)* | Accrued Late Payment Penalty *(dollars)* | Total | Date Tax Lien Arose |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

3. No part of this debt has been paid, and it is now due and payable to the United States Treasury at the Office of Internal Revenue Service;
4. Except for the statutory tax liens that arose on the above dates, the United States does not hold, to the deponent's knowledge or belief, any security for this debt;
5. No note or other negotiable instrument has been received for this debt or any part of it, nor has any judgment been rendered with respect to this debt; and
6. This debt has priority and must be paid in full in advance of distribution to creditors to the extent provided by law:
See 31 U.S.C. Section 3713(a). Any executor, administrator, or other person who fails to pay the claims of the United States in accordance with its priority may become personally liable for this debt under 31 U.S.C. Section 3713(b).

*(Notarize or witness if court requires)*

**Subscribed and Sworn to Before Me On**

Month        Day        Year

| Signature |
|---|
| |

| Title | ID Number | Telephone Number |
|---|---|---|
| | | |

| Address |
|---|
| |

Part 1 - For Court *(or Fiduciary, if required by local procedures)*       Form 4490 (Rev. 2-2005) Cat. No. 41704T