IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 3:09-CR-084-B (01) |
| v. | § | |
| | § | |
| JACK HAMMOND CLAY | § | |

ORDER

The Court, having considered the Unopposed Motion for Continuance of Trial Setting and Waiver of Speedy Trial (doc. 27) and all applicable law, finds that the reasons set forth in the motion support the request and the motion is GRANTED pursuant to 18 U.S.C. § 3161(h)(8)(I) and (iv).

The trial is reset for August 24, 2009 at 9:00 a.m. Pretrial motions will be due on July 17, 2009 and responses due on July 31, 2009. Pretrial materials will be due on August 14, 2009. A pretrial conference is set for August 21, 2009 at 2:00 p.m.

SO ORDERED.

DATED: June 18, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE