UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| V. | § § | CRIMINAL NO. 3: 09-CR-084-B |
| JACK HAMMOND CLAY, | § § | |

## ORDER SETTING HEARING

A hearing on the Unopposed Motion to Withdraw (doc.29) is set for:

**Wednesday, July 1, 2009, at 2:00 p.m**.
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

So ORDERED.

SIGNED June __25th__ , 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE