UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:09-CR-0084-B |
| | § | |
| JACK HAMMOND CLAY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The Court convened a hearing in this matter on July 1, 2009, on a motion to withdraw as attorney for Defendant Jack Hammond Clay ("Clay"). At the conclusion of the hearing, the Court granted the motion, and ordered that Clay be appointed new counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. The Court hereby **REFERS** this matter to **United States Magistrate Judge Paul D. Stickney**, so that Judge Stickney may appoint Clay counsel from the Court's CJA panel.

SO ORDERED.

DATED July 2, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE