UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | CRIMINAL NO. 3: 09-CR-084-B |
| | § | |
| JACK HAMMOND CLAY, | § | |

## ORDER SETTING HEARING

A hearing on the Motion to Withdraw as Counsel (doc.35) and the Government's Motion to Continue Trial Setting (doc. 36) is set for:

**Thursday August 13, 2009 at 1:30 p.m**.
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

Counsel for the parties, defendant's son and wife are required to attend.

**So ORDERED**.

SIGNED August  7th  , 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE