IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA   (
                           (
V                          (   3-09 CR0084 B
                           (
JACK HAMMOND CLAY          (

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED

Now Comes Jack Hammond Clay, by Special appearance and states the following:

I Jack Hammond Clay do not believe I have violated a known legal duty. (i.e., Lawful Obligation Imposed under the Internal Revenue Code.) And, the government has only generally implied by presumption of law, that I Jack Hammond Clay have violated a "known legal duty" imposed by this title (which is what the criminal scantions under 26 U.S.C § 7203 are premised) but nowhere, cites, references or, otherwise identifies, the specific provision of the Internal Revenue Code that imposed that legal duty, by or under this title." (i.e., Internal Revenue Code)

Therefore the court does not have a cognizable claim, and lacks Jurisdiction to grant "Relief".

Respectfully submitted

Jack Hammond Clay
Jack Hammond Clay