ORIGINAL

B w/o to Judge

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 3:09-CR-084 B-1 |
| | ) | |
| JACK HAMMOND CLAY | ) | |

## MOTION FOR PRETRIAL RELEASE

Comes now Defendant Jack Hammond Clay, and for his motion for pretrial release states:

1. Undersigned Defendant Jack Hammond Clay read this Court's order [docket # 24] which states:

   > On the issue of bond, Clay has refused to provide the Court with more than scant information regarding his background. Although duly notified by summons, he failed to appear for a court appearance before a magistrate judge. Instead he has inundated the Court with nonsensical filings disavowing this Court's jurisdiction and his citizenship in the United States.

2. Defendant has filed a motion to strike all such documents from the record.

3. Defendant has made inquiry of the Pretrial Services Officer and is willing to provide the requested information.

4. Defendant promises to appear at all further hearings and at the trial of the cause.

5. Defendant has been unable to retain counsel from his place of incarceration, and needs liberty to locate and retain competent counsel for plea or trial, or else prepare to defend or plea pro se.

6. Whereas Defendant has corrected the matters that resulted in his detention, Defendant respectfully requests release pending trial.

7. Defendant requests that he be heard on his motion. In light of the 9-14-09 deadline for motions, Defendant respectfully requests that this hearing be had expeditiously.

8. If the Court finds that the presence of Defendant may not otherwise be reasonably assured, Defendant submits that the Court should grant Defendant pretrial release conditioned on electronic monitoring or other conditions that the Court may require.

WHEREFORE, Defendant requests this Court hear the motion and grant release pending appeal, under such conditions, if any, that the Court deems necessary and proper; and grant such other and further relief as may be appropriate whether or not specifically prayed.

RESPECTFULLY SUBMITTED this Sept 1, 2009.

By: /s/ Jack Hammond Clay
Reg. No. 38653 172
Federal Correctional Institution
PO Box 9000
Seagoville, TX 75159-9000

### CERTIFICATE OF CONFERENCE

A copy of this pleading was emailed to Assistant US Attorney Amy Mitchell, who stated upon conference that:

### CERTIFICATE OF SERVICE

2

I, Jack Hammond Clay, by my signature above certify that I have contemporaneously with this filing caused the Plaintiff to be served with a copy of this pleading by email and by CM/ECF to:

Amy J. Mitchell
US Attorney's Office
1100 Commerce St
Third Floor
Dallas , TX 75242-1699
214/659-8736 phone
214/767-4104 fax
amy.mitchell@usdoj.gov