ORIGINAL

B w/o to Judge

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP - 4 2009
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 3:09-CR-084 B-1 |
| ) | |
| JACK HAMMOND CLAY ) | |

## MOTION TO STRIKE PLEADINGS

Comes now Defendant Jack Hammond Clay, and for his motion to strike pleadings states:

1. Undersigned Defendant Jack Hammond Clay moves to strike the following docket entries:

>   05/28/2009   22   Correspondence as to Jack Hammond Clay. (mfw) (Entered: 05/29/2009)
>   05/28/2009   21   Power of Attorney as to Jack Hammond Clay. (mfw) (Entered: 05/29/2009)
>   05/26/2009   19   NOTICE of Non-Response and Notice of Contract as to Jack Hammond Clay (mfw) (Entered: 05/28/2009)
>   05/21/2009   16   NOTICE of My Acceptance of Your Oath of Office, Fidelity Bond(s) and Director and Officer Liability Insurance Policy(s) as to Jack Hammond Clay. (lmp) (Entered: 05/26/2009)
>   05/21/2009   15   NOTICE of Non-Response and Notice of Contract as to Jack Hammond Clay. (lmp) (Entered: 05/26/2009)
>   05/21/2009   14   Beneficiary's Right of Inquiry as to Jack Hammond Clay. (lmp) (Entered: 05/26/2009)

2. Defendant wishes to withdraw the aforementioned pleadings, and moves that this Court strike same from the records of the Court.

1

3.      Said counsel has opined that the aforementioned pleadings, as a whole, generally speaking, lack sufficient legal basis, and fail to show proper respect to the person and office of the Court.  This disclosure does not constitute a waiver of any rights to attorney client privilege on any other matters.  Rather, this disclosure is meant to explain to the Court that this action is taken for specific legal reasons and upon the advice of counsel.

4.      Wherefore, Defendant wishes to withdraw the aforementioned pleadings, and moves that this Court strike same from the records of the Court.


WHEREFORE, Defendant requests this Court grant this motion to strike pleadings 14, 15, 16, 19, 21, and 22; and grant such other and further relief as may be appropriate whether or not specifically prayed.


RESPECTFULLY SUBMITTED this Sept 1_____, 2009.


By: /s/ Jack Hammond Clay
Reg. No. 38653 172
Federal Correctional Institution
PO Box 9000
Seagoville, TX 75159-9000

### CERTIFICATE OF SERVICE

I, Jack Hammond Clay, by my signature above certify that I have contemporaneously with this filing caused the Plaintiff to be served with a copy of this pleading by email and by CM/ECF to:

Amy J. Mitchell

2

US Attorney's Office
1100 Commerce St
Third Floor
Dallas , TX 75242-1699
214/659-8736 phone
214/767-4104 fax
[amy.mitchell@usdoj.gov](amy.mitchell@usdoj.gov)