# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| V. | § | CRIMINAL NO. 3:09-CR-084-B |
| | § | |
| JACK HAMMOND CLAY, | § | |
| | § | |

## ORDER SETTING HEARING

A hearing on the Motion for Pretrial Release (doc. 45) and Motion to Strike Pleadings (doc. 46) is set for:

**Friday, September 11, 2009 at 2:00 p.m.**
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

So ORDERED.

SIGNED September __9th__ , 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE