ORIGINAL

B

```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF TEXAS
                          DALLAS DIVISION
```

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 14 2009
CLERK, U.S. DISTRICT COURT
By _____
     Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )  NO. 3:09-CR-084 B-1 |
| | ) |
| JACK HAMMOND CLAY | ) |

**MOTION FOR BILL OF PARTICULARS**

Comes now Defendant Jack Hammond Clay, and for Motion for Bill of Particulars states:

1. Defendant requests this Court issue an order directing the United States to identify each provision of law referenced, in whole or in part, by the term "required by law" alleged in the Information in each Count. This should include the regulations involved if the theory in the indictment was based upon, supported by, or intended to rely upon any words from any regulation. The regulation should also include the year the regulation first became effective.

2. Defendant requests, without limitation, that the provisions of law supplied, without limitation, include at least those provisions of law setting for the requirement, setting forth the conditions which must exist in order to trigger the obligation, the time for performance, and the public officer to which performance is required by law to be submitted.

WHEREFORE, Defendant requests this Court to direct the United States to file a Bill of Particulars on these issues; and grant such other and further relief as may be appropriate

1

whether or not specifically prayed.

RESPECTFULLY SUBMITTED this *10th of September*, 2009.

By: /s/ Jack Hammond Clay
Reg. No. 38653 172
Federal Correctional Institution
PO Box 9000
Seagoville, TX 75159-9000

## CERTIFICATE OF CONFERENCE

A copy of this pleading was emailed to Assistant US Attorney Amy Mitchell, who stated upon conference that:


## CERTIFICATE OF SERVICE

I, Jack Hammond Clay, by my signature above certify that I have contemporaneously with this filing caused the Plaintiff to be served with a copy of this pleading by email and by CM/ECF to:

Amy J. Mitchell
US Attorney's Office
1100 Commerce St
Third Floor
Dallas , TX 75242-1699
214/659-8736 phone
214/767-4104 fax
amy.mitchell@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| V. | )   NO. 3:09-CR-084 B-1 |
| | ) |
| JACK HAMMOND CLAY | ) |

**ORDER FOR BILL OF PARTICULARS**

Comes now before the Court Defendant's Motion for Bill of Particulars, and the Court finds:

1. Defendant requests this Court issue an order directing the United States to identify each provision of law referenced, in whole or in part, by the term "required by law" alleged in the Information in each Count. He asks for the regulations involved if the theory in the indictment was based upon, supported by, or intended to rely upon any words from any regulation. He also suggests that the regulation should include the year the regulation first became effective.

2. Defendant requests, without limitation, that the provisions of law supplied, without limitation, include at least those provisions of law setting for the requirement, setting forth the conditions which must exist in order to trigger the obligation, the time for performance, and the public officer to which performance is required by law to be submitted.

3. The Court finds that this motion is reasonable and just, and orders the Government to

3

supply this information no later than 5 business days from the entry of this order.

**IT IS SO ORDERED THIS** _____, 2009.


_____
United States District Judge